IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAINTERS DC #30 REALTY, LLC**, An Illinois Limited Liability Company, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br><br>**CONSTELLATION ENERGY GENERATION, LLC**, A Pennsylvania Limited Liability Company,<br><br>**NORTHERN TRUST CORPORATION**, A Delaware Corporation,<br><br>**COMMONWEALTH EDISION COMPANY** an Illinois Corporation,<br><br>And<br><br>**NUCLEAR REGULATORY COMMISSION**, an Agency of the United States.<br><br>Defendants. | CASE NO. 1:25-cv-07176 |

### JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Plaintiff Painters DC #30 Realty, LLC and Defendants Commonwealth Edison Company, Northern Trust Corporation, and Constellation Energy Corporation (collectively, "the parties") hereby stipulate and agree as follows, subject to the Court's approval:

1. Plaintiff has filed a Complaint in the above-captioned matter.

2. The parties agree that Defendants Commonwealth Edison Company, Northern Trust Corporation, and Constellation Energy Corporation shall have an extension of time to answer or otherwise plead to Plaintiff's Complaint, through and including Wednesday, August 27, 2025.

3. Northern Trust Corporation and Constellation Energy Corporation have yet to engage outside counsel in this matter. The undersigned counsel for Plaintiff and for Defendant

1

Commonwealth Edison Company have spoken with in-house counsel for both entities, and received their consent to file this joint stipulation.

4. This stipulation does not constitute a waiver by any party of any defenses, including but not limited to jurisdiction or venue.

WHEREFORE, the parties respectfully request that the Court enter an order in accordance with this joint stipulation.

Dated: July 28, 2025                                    Respectfully submitted,

**For Plaintiff:**
Marvin A. Miller
Matthew E. Van Tine
Miller Law LLC
53 W. Jackson Blvd. Suite 1320
Chicago, IL 60604
(312) 332-3400
MMiller@millerlawllc.com
MVanTine@millerlawllc.com

Daniel J. Sponseller (*pro hac vice*)
Law Office of Daniel J. Sponseller
409 Broad Street, Suite 200
Sewickley, Pennsylvania 15143
(412) 741-4422
dsponseller@sponsellerlawfirm.com

Brandon M. Anderson
Jacobs, Burns, Orlove & Hernandez LLP
1 N. LaSalle, Suite 1620
Chicago, IL 60602
(312) 327-3461
BAnderson@jbosh.com

*Attorneys for Plaintiff*

**For Commonwealth Edison Company:**
Kal K. Shah
Caitlin Alejandrina Kovacs
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 212-4949
kshah@beneschlaw.com
ckovacs@beneschlaw.com
*Attorneys for Commonwealth Edison Company*

## **CERTIFICATE OF SERVICE**

      I, Caitlin Alejandrina Kovacs, an attorney, hereby certify that on July 28, 2025, I electronically filed the foregoing Joint Stipulation for Extension of Time to Answer Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record who are registered to receive electronic service via CM/ECF.

                                                                           *s/ Caitlin Alejandrina Kovacs*
                                                                            Caitlin Alejandrina Kovacs